# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                       **Case No: 6:19-cr-117-Orl-37GJK**

**MICHAEL JOHN WAGNER,**

    **Defendant.**

    _____/

## NOTICE OF APPEARANCE AND
## SUBSTITUTION OF COUNSEL

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Michael John Wagner, in the above-styled cause.

The Clerk is requested to remove Alisha Marie S. Nair, as the notice counsel, and enter the appearance of Nicole Mouakar, Assistant Federal Defender, as counsel for the Defendant.

Respectfully submitted this 3rd day of October 2019.

                                                          DONNA LEE ELM
                                                          FEDERAL DEFENDER

                                                          */s/ Nicole Mouakar*
                                                          Nicole Mouakar
                                                          First Assistant Federal Defender
                                                          Florida Bar No. 0074389
                                                          201 South Orange Avenue, Suite 300
                                                          Orlando, FL 32801
                                                          Telephone: 407-648-6338
                                                          Fax: 407-648-6095
                                                          E-Mail: Nicole_mouakar@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance and Substitution of Counsel* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Emily C. L. Chang, Assistant United States Attorney, this 3rd day of October 2019.

>                          */s/ Nicole Mouakar*
>                          Attorney for Defendant